Stephan A. Lopez, OSB #106427
stephan.lopez@thehartford.com
Law Offices of Jason A. Winnell
520 Pike Street, Suite 915
Seattle, WA 98101
Telephone: (206) 664-2416
Attorney for Voxx Electronics Corporation

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **FRANKLIN CALDWELL**,<br><br>   Plaintiff,<br>v.<br><br>**VOXX ELECTRONICS CORPORATION**, a Delaware Corporation; **ROCKFORD CORPORATION**, an Arizona Corporation; and **CHRIS' RECOVERY SHOP, LLC**, a Washington Corporation, **CRIMESTOPPER SECURITY PRODUCTS, INC.**, a California Corporation, and **KEYSTONE AUTOMOTIVE OPERATIONS, INC.**, a Pennsylvania Corporation,<br><br>   Defendants.<br>_____<br>**CHRIS' RECOVERY SHOP, LLC**, a Washington Corporation,<br><br>   Third Party Plaintiff,<br>v.<br><br>**COTTAGE GROVE CHEVROLET, INC.**, an Oregon Corporation,<br><br>   Third Party Defendant.<br>_____ | Case No: 6:20-cv-00133-MK<br><br>STIPULATED LIMITED JUDGMENT OF DISMISSAL WITH PREJUDICE – AS TO DEFENDANT VOXX ELECTRONICS CORPORATION ONLY |

Page 1 -STIPULATED LIMITED JUDGMENT OF DISMISSAL WITH PREJUDICE– AS TO DEFENDANT VOXX ELECTRONICS CORPORATION ONLY

BASED UPON THE STIPULATION OF THE PARTIES, it is now,

ORDERED AND ADJUDGED that the claims asserted by Plaintiff FRANKLIN CALDWELL against Defendant VOXX ELECTRONICS CORPORATION are dismissed with prejudice and without costs or attorneys fees to any party. All other claims between all other parties remain unaffected.

DATED: July 27, 2021

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge

SUBMITTED BY AND STIPULATED TO:

| LAW OFFICES OF JASON A. WINNELL | JOHNSON JOHNSON LUCAS & MIDDLETON, PC |
|---|---|
| By: _____ Stephan A. Lopez, OSB No. 106427 Of Attorneys for Defendant Voxx Electronics Corporation Dated: May 27, 2021 | By: _____ Marilyn Heiken, OSB No. 923308 Attorney for Plaintiff Dated: July 15, 2021 |